## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| RIDE & SHOW ENGINEERING, INC., a) California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ETF - USA CORPORATION d/b/a ETF RIDE) SYSTEMS, a Georgia corporation; ETF MACHINEFABRIEK, B.V. d/b/a ETF RIDE SYSTEMS, a Netherlands corporation; ENCHANTED FOREST, INC., an Oregon corporation; KENNYWOOD ENTERTAINMENT PARTNERS, L.P., a Pennsylvania limited partnership; and KENNYWOOD ENTERTAINMENT, INC., a Pennsylvania corporation <br><br> Defendants. | CASE NO. 6:09-cv-1511-Orl-28GJK |

## PLAINTIFF RIDE & SHOW ENGINEERING, INC. MOTION TO STRIKE THE "ANSWER" OF DEFENDANT ETF – USA CORPORATION AND FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ETF – USA CORPORATION AND ETF MACHINEFABRIEK, B.V., AND INCORPORATED MEMORANDUM OF LAW

Plaintiff RIDE & SHOW ENGINEERING, INC. ("RSE") moves this Court to strike the letter to this Court filed by Defendant ETF – USA Corporation ("ETF USA"), which ETF USA purports to constitute an Answer. RSE further moves this Court to enter defaults against Defendant ETF USA and Defendant ETF Machinefabriek, B.V.. The grounds for these Motions are as follows:

1

**BACKGROUND**

1.      RSE filed the Complaint in the above referenced action on September 2, 2009. On Septebmber 21, 2009, ETF USA was served with a Summons, the Complaint, and all other materials on file in this case as of that date. *See* Declaration of Kevin I. Shenkman ("Shenkman Decl.") attached hereto as Exhibit "A;" *also see* Exhibit "1" to Shenkman Decl. Similarly, on that same date, Defendant ETF Machinefabriek B.V. was served with a Summons, the Complaint, and all other materials on file in this case as of that date. (Exhibit "2" to Shenkman Decl.)

2.      On October 12, 2009, the date on which ETF USA's responsive pleading to RSE's Complaint was due, RSE's counsel instead received a letter from Rudolf Koppens on behalf of ETF USA. (Shenkman Decl. ¶ 3; Exhibit "3" to Shenkman Decl.). In that letter, Mr. Koppens acknowledged that ETF USA was served with the Complaint on September 21, 2009. *Id.* Mr. Koppens goes on to state in that letter, that ETF USA will not defend this lawsuit because it has no money to hire a lawyer. *Id.* Also in that letter, Mr. Koppens states that RSE should "bring forward [its] complaint to ETF Machinefabriek B.V. ... which are [sic] the owners of the trade name ETF Ride Systems and are designers and builders of amusement ride systems." *Id.*

3.      Mr. Koppens is also President of ETF Machinefabriek B.V.[1]

4.      Mr. Koppens is not an attorney licensed to practice law in Florida, or

---

[1] ETF Machinefabriek B.V. was also served on September 21, 2009.

anywhere else.

5.     On October 20, 2009, Mr. Koppens filed a letter from himself to this Court, attaching his letter to RSE's counsel. (Docket # 8). Mr. Koppens identified that letter as an "Answer/letter re complaint." (Docket Report Entry # 8).

## ETF USA MUST APPEAR THROUGH AN ATTORNEY

6.     ETF USA is a Georgia Corporation. According to ETF's website, ETF USA "[p]rovides support throughout the North American market in the area of sales, service and spare parts for the ETF Group as a whole" which includes "ETF Ride Systems." (Shenkman Decl. ¶ 5; Exhibit "5" to Shenkman Decl.).

7.     As the Eleventh Circuit Court of Appeals noted in *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381 (11th Cir. 1985), "[c]orporations ... obviously cannot appear for themselves personally ... the long standing and consistent court interpretation of [28 U.S.C.A.] § 1654 is that they must be represented by licensed counsel." *Id* at 1385. This rule against corporations appearing through anyone other than a licensed attorney holds true regardless of how close the relationship is between the proposed representative and the corporation, and regardless of any financial hardship the corporation might endure by virtue of being required to retain counsel. *Id* at 1385; *also see Richdel, Inc. v. Suspool Corp.*, 699 F.2d 1366 (Fed. Cir. 1983) (holding that although a corporation is suffering from financial difficulties, the president of the corporation, who is not an attorney, cannot represent the corporation in order to save on legal fees.

8.     Countless other courts have held, just like the Eleventh Circuit Court of

Appeals, that a corporation may only appear in federal court through a licensed attorney. *See, e.g., Flora Const. Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413, 418 (10th Cir.1962)*, cert. denied,* 371 U.S. 950, 83 S.Ct. 505, 9 L.Ed.2d 499, reh'g denied, 373 U.S. 919, 83 S.Ct. 1296, 10 L.Ed.2d 419 (1963); *In re Victor Publishers, Inc.,* 545 F.2d 285 (1st Cir.1976); *Philips v. Tobin,* 548 F.2d 408, 411 (2d Cir.1976); *United States v. 9.19 Acres of Land, Marquette Co.,* 416 F.2d 1244 (6th Cir.1969); *S. Stern & Company v. United States,* 331 F.2d 310, 51 (C.C.P.A. 1963)*; In re Las Colinas Development Corp.,* 585 F.2d 7 (1st Cir.1978), *cert. denied,* 440 U.S. 931, 99 S.Ct. 1268, 59 L.Ed.2d 487 (1979).

9.     ETF USA's "Answer to Complaint" in this case is not signed by an attorney. Rather, it was submitted by its Chairman, Rudolf Koppens. Therefore, ETF USA's purported Answer to RSE's Complaint should be stricken.

## ETF USA'S "ANSWER" SUFFERS ADDITIONAL DEFECTS

10.    Not only is ETF USA's purported Answer defective because it is submitted by a non-lawyer, it also does not comply with the Federal Rules of Civil Procedure.

11.    ETF USA's purported Answer does not comply with Fed. R. Civ. P. 8(b). Specifically, that "Answer" does not address the averments made in RSE's Complaint. In fact, pursuant to Fed. R. Civ. P. 8(d), ETF USA's "Answer" could be taken as an admission of all of the averments made in RSE's Complaint. *See* Fed. R. Civ. P. 8(d) ("Averments in a pleading to which a responsive pleading is required ... are admitted

when not denied in the responsive pleading.")

12.    Further, ETF USA's purported Answer does not comply with Fed. R. Civ. P. 10. Specifically, that "Answer" does not "contain a caption setting forth the name of the court ... ," is not "made in numbered paragraphs."

13.    For these reasons as well, ETF USA's purported Answer to Complaint should be stricken.

## THIS COURT SHOULD ENTER A DEFAULT AGAINST DEFENDANTS ETF USA AND ETF MACHINEFABRIEK, B.V.

14.    Defendants ETF USA and ETF Machinefabriek B.V. were properly served with a Summons and the Complaint in this case on September 21, 2009. (Shenkman Decl. Exs. 1 and 2). In fact, Rudolf Koppens, the President or Chairman of both of those companies acknowledged that he received the Summonses and Complaint on September 21, 2009. (Exhibit "3" to Shenkman Decl.).

15.    Though ETF USA was required to file an Answer or other responsive pleading by October 12, 2009, ETF USA has not filed anything that can properly be called an Answer or responsive pleading. As explained above, the document that ETF USA has filed should be stricken.

16.    ETF Machinefabriek B.V. has not filed any Answer or responsive pleading in this case.

17.    Therefore, RSE respectfully requests that this Court enter defaults against ETF USA and ETF Machinefabriek B.V.

DATED: November 6, 2009

Respectfully submitted,

STOVASH, CASE & TINGLEY, P.A.

By: ___ /s/ Robert J. Stovash
Robert J. Stovash, Esquire
Florida Bar No.: 0769320
SunTrust Center
200 S. Orange Avenue, Suite 1220
Orlando, Florida 32801
Telephone: (407) 316-0393
Facsimile: (407) 316-6969

Attorneys for Plaintiff
RIDE & SHOW ENGINEERING, INC.

Of Counsel:

ZUBER & TAILLIEU LLP
Kevin I. Shenkman, Esquire
California Bar No.: 223315
10866 Wilshire Blvd.
Suite 300
Los Angeles, California 90024
Telephone: (310) 807-9700
Facsimile: (310) 807-9701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2009, a true and correct copy of the foregoing Plaintiff Ride & Show Engineering, Inc. Motion To Strike The "Answer" of Defendant ETF – USA Corporation and for Entry of Default Against Defendants ETF – USA Corporation and ETF Machinefabriek, B.V., and Incorporated Memorandum of Law was filed with the Clerk of Court by using CM/ECF system. I further certify that on November 6, 2009, a true and correct copy of this Motion has been served on Defendants, ETF-USA Corporation and ETF Machinefabriek, B.V., in care of their agent, Rudolf J. J. Koppens, at P.O. Box 2445, Dalton, GA 30722.

/s/ Robert J. Stovash
Robert J. Stovash, Esquire

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| RIDE & SHOW ENGINEERING, INC., a) California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>ETF - USA CORPORATION d/b/a ETF RIDE SYSTEMS, a Georgia corporation; ETF MACHINEFABRIEK, B.V. d/b/a ETF RIDE SYSTEMS, a Netherlands corporation; ENCHANTED FOREST, INC., an Oregon corporation; KENNYWOOD ENTERTAINMENT PARTNERS, L.P., a Pennsylvania limited partnership; and KENNYWOOD ENTERTAINMENT, INC., a Pennsylvania corporation<br><br>                Defendants. | CASE NO. 6:09-cv-1511-Orl-28GJK |

## DECLARATION OF KEVIN I. SHENKMAN

I, Kevin I. Shenkman, hereby declare:

1.      I am an attorney with the firm of Zuber & Taillieu LLP, attorneys of record for Plaintiff Ride & Show Engineering, Inc. in this case. I have personal knowledge of the facts stated herein, and, if called as a witness, would and could testify competently thereto.

2.      Attached hereto as Exhibits 1 and 2, respectively, are true and correct copies of the Proofs of Service of Summons, Complaint, and related documents on ETF –

1381-1001 / 97728.1                 1



USA Corp. and ETF Machinefabriek B.V.

3. On October 12, 2009, I received a letter from Rudolf Koppens on behalf of ETF – USA Corp. A true and correct copy of that letter is attached hereto as Exhibit 3.

4. On October 20, 2009, Mr. Koppens, the non-attorney Chairman of ETF – USA Corp. and ETF Machinefabriek B.V., filed a letter from himself to this Court, attaching his letter to me (Exhibit 3). Mr. Koppens identified that letter as an "Answer/letter re complaint." A true and correct copy of that court filing is attached hereto as Exhibit 4.

5. Attached hereto as Exhibit 5 are true and correct copies of webpages from ETF – USA Corp. and ETF Machinefabriek B.V.'s collective website. According to ETF's website, ETF USA "[p]rovides support throughout the North American market in the area of sales, service and spare parts for the ETF Group as a whole" which includes "ETF Ride Systems."

6. Though ETF - USA Corp. and ETF Machinefabriek B.V. were required to file an Answer or other responsive pleading by October 12, 2009, neither has filed anything that can properly be called an Answer or responsive pleading.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 2, 2009, at Los Angeles, California.

/s/ Kevin Shenkman
Kevin I. Shenkman

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2009, a true and correct copy of the foregoing Declaration of Kevin I. Shenkman was filed with the Clerk of Court by using CM/ECF system. I further certify that on November 6, 2009, a true and correct copy of this Declaration has been served on Defendants, ETF-USA Corporation and ETF Machinefabriek, B.V., in care of their agent, Rudolf J. J. Koppens, at P.O. Box 2445, Dalton, GA 30722. This Declaration will also be served by regular mail on all other Defendants when they appear in this action.

/s/ *Robert J. Stovash*
Robert J. Stovash, Esquire

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   L. Hugh Kemp, Agent

was received by me on *(date)*           09/21/2009           .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Nancy Masters, Secretary            , who is

designated by law to accept service of process on behalf of *(name of organization)*   Etf – USA Corporation d/b/a

Etf Ride Systems, A Georgia Corporation            on *(date)*   09/21/2009   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $       0.00   .

I declare under penalty of perjury that this information is true.

Date: ___ 10/26/2009 ___                    _____
                                                      *Server's signature*

                                             Peggy House – Process Server
                                                      *Printed name and title*

                                             207 S Broadway., 6th Floor
                                             Los Angeles, CA 90012
                                             (213) 625-9100
                                                      *Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rudolf J.J. Koppens, Agent

was received by me on *(date)*        09/21/2009        .

☐ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Stacy Johnson, Administrative Assistant        , who is

designated by law to accept service of process on behalf of *(name of organization)*   Etf Machinefabriek, B.V. d/b/a

Etf Ride Systems, A Netherlands Corporation _____   on *(date)*   09/21/2009   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   10/26/2009

_____  *Server's signature*

Peggy House - Process Server
*Printed name and title*

207 S Broadway., 6th Floor
Los Angeles, CA 90012
(213) 625-9100
*Server's address*

Additional information regarding attempted service, etc:





Kevin I. Shenkman, Esq.
Zuber & Taillieu LLP
10866 Wilshire Blvd., Suite 300
Los Angeles CA 90024
USA

**ETF – USA Corporation**

P.O. Box 2445
Dalton, GA 30722 USA

Phone +1 (706)278 1511
Fax +1 (706) 278 3511
E-mail info@harrellmachinerysales.com

Dalton, October 5, 2009                                                            Ref.: RK/eb-191

Ref.: Civil action No. 6:09-CV-01511-JA-GJK
       Ride & Show Engineering, Inc versus e.g. ETF-USA Corp.

Dear Sirs,

On 21st of September 2009 we received a document from United States District Court for above mentioned case, with the request to give a reply to this within 20 (twenty) day's after this has been received.

ETF-USA Corp. is a US company, which has a more or less equal name as ETF Machinefabriek B.V. in The Netherlands, but is in no way a subsidiary of this Dutch company. There is no and there has never been a legal or shareholders position between both companies.

ETF-USA Corp. is claimed for matters which do not concern them. ETF-USA Corp. has not been involved in any (commercial) contract so far with the amusement business. We do not as stated under sub 2. of the complaint "designing, building, and servicing amusement park rides". ETF-USA Corp. has never in history accepted any (commercial) order for either designing, building a ride for a (US) company, has never accepted an order for service or spare parts of a (US) company.

ETF-USA Corp. has been founded in May 1996 for servicing machinery in the floor covering industry, for which we had a service engineer on our pay-roll and we carried spare parts. As this business is mainly in the area of Dalton, Georgia the company is based in this town.

Very recently, to be exact 30 September 2009, we had to stop our activities due to the bad economic climate and economic situation in the floor covering industry. Our employee was discharged on the same day.



EXHIBIT
3
Blumberg No.5192



ETF-USA Corp. is not in a position to appoint a lawyer for this case to defend themselves as we simply do not have any funds any more, ordering lawyer's services would be against the laws as we would know in advance that we cannot fulfil our financial obligations against them any more.

We hope you understand that we are a party which is not related to your assumed complaint and that we are at this moment nothing more than a "paper company".

We strongly advise that you bring forward your complaint to ETF Machinefabriek B.V. in the Netherlands, which are the owners of the trade name ETF Ride Systems and are designers and builders of amusement ride systems.

We hope to have informed you herewith sufficiently, and remain.

With kind regards,

ETF-USA Corporation

Rudolf J.J. Koppens - Chairman

OCT 0 9 2009



**ETF-USA CORP.**

**ETF – USA Corporation**

United States District Court for the Middle of Florida.
Orlando Division,  United States Courthouse,
401 West Central Blvd,
Orlando, FL  32801-0120.
USA

P.O. Box 2445
Dalton, GA 30722 USA

Phone +1 (706)278 1511
Fax +1 (706) 278 3511
E-mail info@harrellmachinerysales.com

Dalton, October 7, 2009                                                Ref.: RK/eb-193

Ref.: Civil action No. 6:09-CV-01511-JA-GJK
       Ride & Show Engineering, Inc versus e.g. ETF-USA Corp.

Dear Ladies and Gentlemen,

On 21st of September 2009 we received a document from United States District Court for above mentioned case,
with the request to give a reply to this within 20 (twenty) day's after this has been delivered to us.

As we are obliged to file a copy of the letter we sent to Kevin I. Shenkman, Esq. with you,  as mentioned in the
summons in a civil action, we enclosed send you mentioned copy of the letter we sent to them earlier this week.

We know that within the USA it is expected that our attorney would do so, but as you can read in enclosed letter,
our company had to stop its activities on September 30th 2009 due to the bad economic situation.
Out of this reason we also do not have funds to pay an attorney any more. It again would be against the law to
appoint an attorney, knowing in advance that they cannot be paid.

We hope you can understand this situation and will accept that therefore we directly contact you to file the letter
with you which was mentioned above.

We hope to have informed you herewith sufficiently, and remain.

With kind regards,

ETF-USA Corporation

Rudolf J.J. Koppens - Chairman

Encl.: copy letter to Kevin I, Shenkman, Esq, dated 10/05/2009 with reference RK/eb-191

EXHIBIT
4

1-1



**ETF - USA CORP**

COPY

Kevin I. Shenkman, Esq.
Zuber & Taillieu LLP
10866 Wilshire Blvd., Suite 300
Los Angeles CA 90024
USA

**ETF – USA Corporation**

P.O. Box 2445
Dalton, GA 30722 USA

Phone +1 (706)278 1511
Fax +1 (708) 278 3511
E-mail info@harrellmachinerysales.com

Dalton, October 5, 2009                                                                 Ref.: RK/eb-191

Ref.: Civil action No. 6:09-CV-01511-JA-GJK
       Ride & Show Engineering, Inc versus e.g. ETF-USA Corp.

Dear Sirs,

On 21st of September 2009 we received a document from United States District Court for above mentioned case, with the request to give a reply to this within 20 (twenty) day's after this has been received.

ETF-USA Corp. is a US company, which has a more or less equal name as ETF Machinefabriek B.V. in The Netherlands, but is in no way a subsidiary of this Dutch company. There is no and there has never been a legal or shareholders position between both companies.

ETF-USA Corp. is claimed for matters which do not concern them. ETF-USA Corp. has not been involved in any (commercial) contract so far with the amusement business. We do not as stated under sub 2. of the complaint "designing, building, and servicing amusement park rides". ETF-USA Corp. has never in history accepted any (commercial) order for either designing, building a ride for a (US) company, has never accepted an order for service or spare parts of a (US) company.

ETF-USA Corp. has been founded in May 1996 for servicing machinery in the floor covering industry, for which we had a service engineer on our pay-roll and we carried spare parts. As this business is mainly in the area of Dalton, Georgia the company is based in this town.

Very recently, to be exact 30 September 2009, we had to stop our activities due to the bad economic climate and economic situation in the floor covering industry. Our employee was discharged on the same day.

1-2



ETF-USA Corp. is not in a position to appoint a lawyer for this case to defend themselves as we simply do not have any funds any more, ordering lawyer's services would be against the laws as we would know in advance that we cannot fulfil our financial obligations against them any more.

We hope you understand that we are a party which is not related to your assumed complaint and that we are at this moment nothing more than a "paper company".

We strongly advise that you bring forward your complaint to ETF Machinefabriek B.V. in the Netherlands, which are the owners of the trade name ETF Ride Systems and are designers and builders of amusement ride systems.

We hope to have informed you herewith sufficiently, and remain.

With kind regards,

ETF-USA Corporation

Rudolf J.J. Koppens - Chairman

2-2

ETF Group
Randweg Zuid 11, Nederweert
P.O. box 2703
6030 AA Nederweert, Holland
Phone +31 (0)495-677 000
Fax +31 (0)495-632 323
Email sales@etf.nl
KvK: 13024987



**ETF MACHINEFABRIEK**

Supplies machines in support of the carpeting resilient floor covering and nonwoven manufacturing industries.

VISIT WEBSITE >>

**ETF RIDE SYSTEMS**

Supplies passenger conveyance systems for the amusement industry, museums and the parks.

VISIT WEBSITE >>

**NBG INDUSTRIAL AUTOMATION**

Supplies, among other, production optimisation systems for ETF Machine-fabriek and a proportion of the operating systems for application of the ETF Ride Systems.

VISIT WEBSITE >>

**ETF USA CORPORATION**

Provides support throughout the North American market in the area of sales, service and spare parts for the ETF Group as a whole

VISIT WEBSITE >>

Webdesign: SCHREURS Commercial Artwork.

Blumberg No. 5192   EXHIBIT   5

11/6/2009

Home

ETF Machinefabriek

Products

Company profile leaflet

Cut-order leaflet

Product brochure

News

Vacatures

Contact us

ETF Machinefabriek B.V. has been in existence for about 55 years and in that period of time developed into a market leader of mechatronic machines and systems. In addition to this, we do supply more simple machines.

ETF has the flexibility to integrate specific client requirements in our machines and systems. This endeavor to offer very individual solutions is supported by our in-house R&D department. Our broad organization also enables us to take on projects in what are for us less familiar areas. In the first instance, we serve as consultants in our contacts with our clients, with the aim of devising an optimum specification to meet their need. As soon as we have acquired a satisfactory picture of this need, we draw up a clear proposal of how our machines and systems can be used to meet it.

The added value of ETF machines and systems can best be expressed in processes to which one or more of the following criteria apply:

- High degree of reliability
- High speeds or production numbers
- Difficult to process qualities
- High degree of automation
- Simple and user-friendly controls
- Maintenance-friendly

ETF's sales and service organization extends throughout the world. For many years, a good 90% of our products has been destined for export. In the years to come we expect the market for our equipment to undergo further developments in two directions. In the first place, companies are experiencing an increased need for advanced support machines and systems due to their production volume requirements.
Secondly, the presence of such large high volume companies will promote the growth of specialists looking for extremely specific machines and systems.

Each of these markets demands a different approach and has different investment possibilities.
ETF recognizes these differences and is able to offer appropriate advice according to the wishes and possibilities of its clients!

ETF Group - ETF Ride Systems



# ETF RIDE SYSTEMS

Home

ETF Ride Systems

Products

Company profile leaflet

Vacatures

News

Contact us

ETF Ride Systems is the newest company within the ETF group. Although a young company, as part of a mechatronic group of companies with expertise in various disciplines acquired over recent decades, it can be regarded as being considerably experienced.

Given the number of major installation in which ETF Ride Systems has been involved, the market certainly acknowledges this profile. We are proud to have our installation in place in all corners of the globe.

ETF Ride System concepts are focused on family entertainment with an option for interactivity between the passengers of our ride concepts and the ride itself or the environment. ETF Ride Systems has the flexibility to integrate specific client requirements in our concepts. Special ride systems can also be engineered and constructed, all equipped with high quality decorations to merge discretely with every park backdrop or to represent specific themes.

ETF Ride Systems is the perfect partner in the world of the museums, theme parks and amusement industry.

ETF Group - ETF-USA Corporation

Home

ETF-USA Corporation

ETF-USA Corporation provides support throughout the North American market in the area of sales, service and spare parts for the ETF group as a whole.

**ETF-USA Corporation**
P.O. Box 2445
Dalton, GA 30722, USA
Phone +1 (706)278 1511
Fax +1 (706) 278 3511
E-mail etfusa@windstream.net